## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **MARLENE THOMPSON LONG,** | ) | |
| **VINCENT LONG, AND** | ) | |
| **CHRISTINA LONG** | ) | |
| | ) | **CIVIL ACTION NO:** |
| | ) | **1:10-cv-03033-TCB** |
| **PLAINTIFF,** | ) | |
| **VS.** | ) | |
| | ) | |
| | ) | |
| **FULTON COUNTY SCHOOL** | ) | |
| **DISTRICT.** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

_____

### PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY DISCOVERY

Plaintiffs, by and through their undersigned counsel, file this, their Response in Opposition to Defendant's Motion to Stay Discovery. Plaintiffs respectfully request that Defendant's Motion to Stay Discovery be denied.

Respectfully submitted on this, the 16th day of May, 2011.

_/s/ R. Keven Starkey_____
R. Keven Starkey, Esq.
Counsel for Plaintiff
Georgia Bar Number 676450

**The Starkey Law Firm, LLC**
44 Broad Street,Suite 711
Atlanta, GA 30303

(678) 395-5951
(678) 623-5767
rkstarkey@ureach.com